Benjamin Galdston, Bar No. 211114
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
bgaldston@bm.net

*[Proposed] Lead Counsel for*
*[Proposed] Lead Plaintiff Wing Yiu Chan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JENKINS, Individually and On Behalf of All Others Similarly Situated, | Case No.: 4:20-cv-02882-PJH |
| Plaintiff, | DECLARATION OF BENJAMIN GALDSTON IN SUPPORT OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| vs. | |
| IQIYI, INC., YU GONG, XIAODONG WANG, ROBIN YANHONG LI, QI LU, HERMAN YU, XUY ANG REN, VICTOR ZHIXIANG LIANG, and CHUAN WANG, | DATE:   July 22, 2020<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Phyllis J. Hamilton<br>CTRM:   3 – 3rd Floor |
| Defendants. | |

1    I, BENJAMIN GALDSTON, declare as follows:

2    1.    I am an attorney duly licensed to practice before all courts of the State of

3  California and this Court.  I am a shareholder of the law firm Berger Montague PC, counsel of

4  record for proposed Lead Plaintiff Wing Yiu Chan ("Movant"), and proposed lead counsel for

5  the class.

6    2.    I make this declaration in support of Mr. Chan's Motion for the entry of an Order:

7  (i) appointing Movant as Lead Plaintiff; (ii) approving Movant's selection of Berger Montague

8  PC as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court

9  deems just and proper.

10    3.    I have personal knowledge of the matters stated herein and, if called upon, I could

11  and would competently testify thereto.

12    4.    Attached as Exhibits A through E are true and correct copies of the following

13  documents:

14  EXHIBIT A:  Wolfpack Research Report dated April 7, 2020, titled "*IQIYI: The Netflix of
             China? Good Luckin*," available at https://wolfpackresearch.com/iq-netflix-of-
15            china-good-luckin/ (last visited June 15, 2020);

16  EXHIBIT B:  Signed Certification of Wing Yiu Chan pursuant to the Private Securities
             Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);
17

18  EXHIBIT C:  Notice of pendency of class action lawsuit against IQIYI, Inc., published on
             April 16, 2020;
19

20  EXHIBIT D:  Chart reflecting calculations of financial losses sustained by Movant on his Class
             Period transactions in iQIYI, Inc. securities; and
21

22  EXHIBIT E:  Firm resume of Berger Montague PC.

23    I declare under penalty of perjury that the foregoing is true and correct.  Executed this

24  15th day of June, 2020, at San Diego, California.

25
                                          */s/ Benjamin Galdston*
26                                        Benjamin Galdston

27

28

---

DECL. OF BENJAMIN GALDSTON IN SUPPORT OF MOTION FOR APPT AS LEAD PLAINTIFF      -1-
AND APPROVAL OF SELECTION OF COUNSEL – CASE NO. 4:20-cv-02882-PJH